No. 496.  TEXAS *v.* ANDERSON, CLAYTON & CO. ET AL. December 20, 1937.

Nos. 521 and 522.  JENSEN ET AL. *v.* LORENZ ET AL. December 20, 1937.

No. —, original.  EX PARTE JOSEPH E. JONES.  January 3, 1938.

No. 28.  TEXAS ET AL. *v.* DONOGHUE, TRUSTEE.  January 3, 1938.

No. 38.  FIDELITY & DEPOSIT CO. *v.* PINK, SUPERINTENDENT OF INSURANCE.  January 3, 1938.

No. 544.  HORNBLOWER ET AL. *v.* McGRAY.  January 3, 1938.

No. 557.  ODELL *v.* BAUSCH & LOMB OPTICAL CO. ET AL. January 3, 1938.

No. 921 (October Term 1936).  NEW YORK TRUST CO., EXECUTOR, *v.* UNITED STATES.  January 10, 1938.  301 U. S. 704.

No. 422.  HEBERT ET AL. *v.* RIO BRAVO OIL CO. ET AL. January 10, 1938.

No. 550.  TAYLOR, RECEIVER *v.* BANCROFT, RECEIVER. January 10, 1938.

No. 569.  BARNETT *v.* ROGERS, SHERIFF.  January 10, 1938.